# Court of Appeals
# of the State of Georgia

ATLANTA, March 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0905. ADAM BREWER v. THE STATE.**

On October 14, 2025, Adam Brewer pleaded guilty to aggravated assault–family violence, cruelty to children in the first degree, and battery–family violence, for which he was sentence to a total of 20 years, with the first 10 years to be served in confinement. Brewer filed this direct appeal from his plea and sentence. We lack jurisdiction.

Our General Assembly recently amended OCGA § 5-6-35 so that any direct appeal from a guilty plea entered on or after May 14, 2025, must "be initiated by filing an application for discretionary review." *Clark v. State*, ___ Ga. App. ___, n.1 (924 SE2d 346) (2025); OCGA § 5-6-35(a)(5.3). "Compliance with the discretionary appeals procedure is jurisdictional." *Phaneuf v. Anthony*, 375 Ga. App. 636, 638 (917 SE2d 191) (2025). Consequently, Brewer's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. *Hester v. State*, ___ Ga. App. ___ (Case No. A26A0903, Dec. 11, 2025).

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/13/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*